UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNIE J. JACKSON, JR.
a/k/a BEN-SHALOM YISREAH-
BENYAHWEH,
,

    Plaintiff,

v.                                     Case No.: 4:21cv121/TKW/MAF

FLORIDA GOVERNOR, et al.,

    Defendant.
    _____/

**ORDER**

This case is before the Court based on the magistrate judge's Amended Report and Recommendation (Doc. 22). No objections were filed.[1] Upon due consideration of the Amended Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under the "three strikes statute," 28 U.S.C. §1915(g).

Accordingly, it is **ORDERED** that:

---

[1] The Amended Report and Recommendation was entered on June 4, 2021, but it was returned as "undeliverable" on June 14, 2021. *See* Doc. 28. The docket notes reflect that the Amended Report and Recommendation was re-mailed to Plaintiff on June 16, 2021, so the Court delayed its consideration of the Amended Report and Recommendation until now to ensure that Plaintiff had adequate time to file objections if he was going to do so.

1. The magistrate judge's Amended Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 21) is **DENIED**.

3. This case is **DISMISSED** pursuant to 28 U.S.C. §1915(g), and the Clerk shall close the case file.

**DONE AND ORDERED** this 9th day of July, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**